**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Richard Fells, <br><br> Plaintiff, <br> v. <br><br> Client Services, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civil Action No.: 4:11-cv-40035-FDS <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 23, 2011

    Respectfully submitted,

    PLAINTIFF, Richard Fells

    /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    B.B.O. No.: 650671
    **LEMBERG & ASSOCIATES L.L.C.**
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (877) 795-3666
    slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  /s/ Sergei Lemberg

                                            Sergei Lemberg